# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151888(80)

IVAN FRANK, JEFFREY DWOSKIN, PHILLIP
D. JACOKES, ROY KRAUTHAMMER, BLAKE
ATLER, MATT KOVALESKI, JAMES BRUNK,
and IJF HOLDINGS, LLC,
          Plaintiffs-Appellees,

v

JOSHUA LINKNER, BRIAN HERMELIN,
CRACKERJACK, LLC, formerly known as
EPRIZE, LLC, CRACKERJACK HOLDINGS,
LLC, formerly known as EPRIZE HOLDINGS,
LLC, DAVID KATZMAN, GARY SHIFFMAN,
ARTHUR WEISS, CAMELOT-EPRIZE, LLC,
BH ACQUISITIONS, LLC, DANIEL GILBERT,
and JAY FARNER,
          Defendants-Appellants.
_____/

SC: 151888
COA: 318751
Oakland CC: 2013-133554-CB

On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their brief is GRANTED. The brief will be accepted as timely filed if submitted on or before June 15, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016



Clerk